IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

UNITED STATES OF AMERICA,

Plaintiff,

v.

KANASHA WOODS,

Defendant.

ORDER

18-cr-162-2-jdp

---

It has come to the court's attention that there was a clerical error in the April 1, 2020 amended judgement and commitment. Fed. R. Crim. P. 36 allows the court to correct clerical errors at any time.

IT IS ORDERED that the amended judgment and commitment entered on April 1, 2020, is corrected by changing the amount of restitution under Criminal Monetary Penalties to $2,439.00  In all other respects, the amended judgment and commitment remains as entered on April 1, 2020.

Entered April 14, 2020.

BY THE COURT:

/s/

_____
JAMES D. PETERSON
District Judge